1  GEOFFREY ROTWEIN (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   CALVIN HIGHTOWER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00051 DLJ |
| | ) | |
| Plaintiff, | ) | **ORDER PURSUANT** |
| | ) | **TO STIPULATION** |
| vs. | ) | **TERMINATING PROBATION** |
| | ) | |
| CALVIN HIGHTOWER, et al, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER TERMINATING PROBATION

IT IS HEREBY ORDERED that, pursuant to the stipulation below, defendant's probation with the United States Probation Officer is hereby terminated forthwith.

DATED: May 15, 2008

_____
HON. LOWELL D. JENSEN
UNITED STATES DISTRICT COURT JUDGE

### STIPULATION

This case charged conspiracy to manufacture marijuana and using premises to cultivate marijuana, under 21 U.S.C. §§ 846 and 856(a)(1) and 18 U.S.C. § 2. Three defendants were arrested but two were named in the Indictment. The case started in December 2004, resulted in the Indictment in January 2005, and concluded with defendant's guilty plea and sentencing on October 12, 2005.

Defendant was sentenced to probation, with four months jail time, which he served

1  from January 12, 2006 to May 9, 2006.  He has no subsequent arrests and has performed
2  successfully on probation. Probation Mark Unalp recommends early termination of probation.
3       Therefore, it is hereby stipulated by and between the parties herein that defendant's
4  probation may terminate early.

5  DATED: May 8, 2008              JOSEPH RUSSONIELLO
                                   United States Attorney
6
                                   By:  /s/
7                                    DOUGLAS SPRAGUE
                                     Assistant United States Attorney
8

9  DATED:  May 8, 2008               /s/
                                   GEOFFREY ROTWEIN
10                                 Attorney for Defendant
                                   CALVIN HIGHTOWER
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER/STIPULATION TERMINATING PROBATION
No. CR 05-00051DJL                          -2-